### Corey V. ARMSTRONG, Plaintiff–Appellant,

v.

Kathleen GREEN, Warden (E.C.I); Lt. Hayward, (E.C.I); Wisenoff, Case Manager (E.C.I); Gary D. Maynard, Secretary of D.P.S.C.S.; J. Michael Stouffer, Commissioner of Corrections; John Rowley, Warden (N.B.C.I); James K. Holwager, Ph. D. (N.B.C.I.); Richard Graham, Asst. Warden (N.B.C.I); Liller, Case Manager Supervisor (N.B.C.I); Durst, Case Manager; Defendants 1–9, Defendants–Appellees.

No. 11–6021.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: March 3, 2011.

Corey V. Armstrong, Appellant Pro Se. Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey V. Armstrong, a state prisoner, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Armstrong v. Green*, No. 1:08–cv–00342–WDQ, 2010 WL 5285313 (D.Md. Dec. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*